UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHAMELL FAULKNER,

                Plaintiff,

- against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

**<u>JUDGMENT</u>**
18-CV-2047

     A Memorandum and Order having been issued this day dismissing this action, it is

Hereby ORDERED, ADJUDGED and DECREED, that plaintiff take nothing from defendant,

and this action is dismissed.  The Clerk of Court is directed to close this case.


Dated:  Brooklyn, New York
       November 22,  2019

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge